UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC J. KIKKERT, | CASE NO. 2:25-cv-00861-JHC |
| Plaintiff, | ORDER |
| v. | |
| DONALD TRUMP, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Temporary Restraining Order.  Dkt. # 2.  The materials filed thus far neither indicate that Defendants were given notice of the motion nor comply with Federal Rule of Civil Procedure 65(b)(1).  Thus, the Court DENIES the motion.

Dated this 12th day of May, 2025.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1