UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC J. KIKKERT,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-00861-JHC<br><br>ORDER RE: AMENDMENT |

Based on the Ninth Circuit's Memorandum (Dkt. # 25), the Court's Order at Dkt. # 21 is amended as follows: Plaintiff's complaint is dismissed without prejudice.

Dated this 1st day of September, 2026.

John H. Chun
John H. Chun
United States District Judge